In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00499-CR

_____

IN RE JODY FLOYD MATHES

_____

Original Proceeding

_____

**MEMORANDUM OPINION**

Jody Floyd Mathes filed a petition for writ of mandamus to compel the preparation of a chronological itemized list of all documents filed in Cause Nos. 09-06-05587-CR and 09-06-05589-CR, in the 221st District Court of Montgomery County, Texas. He also requests that this Court either order the respondents to allow him to purchase the clerk's and reporter's records from a prepared chronological list of documents or issue a declaratory judgment of his rights.

This Court lacks mandamus jurisdiction over a district clerk or a district attorney unless it is necessary to enforce this Court's jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). This Court has mandamus jurisdiction against a

1

judge of a district court in our geographic jurisdiction, but after reviewing the mandamus petition and record, we conclude that Mathes has not demonstrated that he has a clear right to the relief he seeks from the Judge of the 221st District Court of Montgomery County, Texas. *See id.* § 221.21(b)(1); *see also In re State ex rel. Tharp*, 393 S.W.3d 751, 754 (Tex. Crim. App. 2012) (To be entitled to mandamus relief, the relator must show that he has a clear right to the relief sought.). Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Opinion Delivered November 27, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.